■ Rui Zhang, Appellant, v 20 East 80th Street Corp. et al., Respondents, et al., Defendant. [918 NYS2d 715]—

Respondents, the owner and manager of the building, established their prima facie entitlement to judgment as a matter of law by demonstrating that the loft structure and the ladder used to climb up to the loft, which had been there for more than 30 years without incident, were reasonably safe, and that they had no notice of a dangerous condition. Plaintiff's opposition fails to raise a triable issue of fact as to these matters. We note that there is no showing by plaintiff that the loft and ladder violate any statutory or common-law safety standard. Concur—Andrias, J.P., Friedman, Moskowitz and Richter, JJ.

■ The People of the State of New York, Respondent, v Anonymous, Appellant. [919 NYS2d 457]—

Concur—Andrias, J.P., Saxe, Friedman, Moskowitz and Richter, JJ.